USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

7|7|09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANSGRAIN SHIPPING (SINGAPORE)
PTE LTD.,

Plaintiff,

-v-

OCEAN FORTUNE SHIPPING AS,

Defendant.

No. 09 Civ. 5493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that, no later than July 17, 2009, Plaintiff shall submit a Verified Amended Complaint or a letter advising the Court it does not intend to renew its application for Process of Maritime Attachment.

SO ORDERED.

Dated:     July 6, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE