UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRANSGRAIN SHIPPING (SINGAPORE) PTE LTD.,

                Plaintiff,

-v-

OCEAN FORTUNE SHIPPING AS,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

No. 09 Civ. 5493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Upon Plaintiff's October 5, 2009 application pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice.

It is FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of this Order and be referred to the undersigned as a related case.

SO ORDERED.

Dated:      October 5, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE.